(No. 6915

HARRY C. HENDERSON, JR., M.D., Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed February 26, 1973.*

Dr. Harry C. Henderson, Jr., Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.